| AUSA: | Doug Salzenstein | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Matthew Hughes | Telephone: | (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Tyree Duprea HICKS

Case No.

Case: 2:24−mj−30006
Assigned To : Unassigned
Assign. Date : 1/8/2024
Description: COMP USA V. HICKS (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 2023 - January 6, 2024** in the county of **Wayne and elsewhere** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor to engage in unlawful sexual activity; |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Matthew Hughes - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 8, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Honorable Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252A, 2422(b) and 2261A(2)(B). I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Tyree Duprea Hicks. (hereinafter "Hicks") for violations of 18 U.S.C. § 2422(b) (coercion and enticement).

1

4.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5.      This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Hicks has violated 18 U.S.C. § 2422(b).

## FACTS ESTABLISHING PROBABLE CAUSE

6.      On or about January 6, 2024, the United States Marshals Service (USMS) contacted the FBI Detroit Field Office to request assistance in locating a missing 14 year old female (MV1) from Raleigh, North Carolina. MV1 was reported missing from Raleigh, North Carolina on or about December 13, 2023.

7.      USMS obtained search warrant results from Meta, the owner of Facebook and Instagram for accounts associated with MV1. Both the Facebook and Instagram accounts showed messages between MV1 and an individual claiming to reside in the Detroit, MI area.

2

8. On or about December 12, 2023, the user of Instagram account "_allpros00" sent the following messages to MV1.

- _allpros00: Let me fuck next
- _allpros00: I want next
- _allpros00: That's all I'm saying he not even fucking You right I'm really gone fuck you

9. MV1 responds to the messages and the following conversation occurs:

- MV1: boy bye
- MV1: you left me
- _allpros00: You wanna come still
- _allpros00: I never left
- MV1: We not together remember im not good enough
- _allpros00: Btc get down here
- _allpros00: You is hood enough
- _allpros00: Stop playing
- _allpros00: I was looking at the video you make me wanna fuck
- _allpros00: I need you down herr

10. The user of the subject account _allpros00 later sends the following messages on the same day:

- _allpros00: I'm serious I need you down here in like 2 days

3

- _allpros00: Paxk your stuff

11. The user of the _allpros00 account then sends a screen capture of a purchased bus ticket from Raleigh, North Carolina to Detroit, Michigan that left Raleigh on Wednesday, December 13, and arrived in Detroit on Thursday, December 14.

12. Within the same conversation, MV1 states she can no longer talk to the user because she has to "go to class", which the user of the subject accounts acknowledges.

13. Within the conversation between MV1 and Instagram user _allpros00, MV1 sent multiple pictures of herself. Based on my training and experience, MV1 appears to be a post pubescent minor around the age of 14.

14. The user of the Instagram account _allpros00 then provides his Facebook username to MV1 as "Traplandreek".

15. Shortly after providing his Facebook username, MV1 contacts the user of the Facebook account Traplandreek and they engage in a conversation about an Uber coming to pick her up at the end of her street to take her to the bus station. The user of the Facebook account Traplandreek instructs MV1 "don't talk to nobody don't text nobody". The two continue the conversation throughout the night with her stating that she was "in the car" or that she was "on the bus" and giving a general timeframe for when she would arrive in Detroit.

4

16. The user of the TraplandReek account and MV1 continue to engage in conversations with each other using Facebook Messenger until at least December 31, 2023, when the records for the search warrant stop. In several of the messages MV1 states that she is "upstairs" or makes references to being in the same house as the user of the account.

17. During the conversations MV1 states to the user of the Traplandreek account that she may be pregnant and that he is the father of the child. Additionally the user says that he will "get on her ass" when she gets back to the house that evening. Based on my training and experience it is believed this is referring to ongoing physical sexual abuse of MV1.

18. On or about December 24, 2023, the user of the Traplandreek account sends a message to MV1 and asks her to call him. He provides his phone number as XXX-XXX-2765. The phone number resolves to T-Mobile. An exigent request for a location ping on January 5, 2024, showed that the phone associated with the number was located in the area of E. Nevada and Concord Street.

19. On or about January 6, 2024, FBI Detroit an emergency disclosure request was submitted to Uber. Uber provided a response that the account that was used to order the Uber for MV1 was registered to Tyree Duprea Hicks, date of birth XXXX XX, 2000. According to Uber, the last location Hicks was picked up from

5

was a home on the corner of E. Nevada and Concord Street in Detroit, Michigan on January 3, 2024.

20. A review of the publicly available images on the Instagram account _allpros00 showed a male that matched the driver's license images of Hicks.

21. A federal search warrant was executed on January 6, 2024 at a residence on the corner of E. Nevada and Concord Street in Detroit, Michigan. Hicks was encountered at the residence. MV1 was also present at the residence at the time of execution.

22. An initial interview of MV1 was conducted at the scene. MV1 confirmed her identity as the missing female from Raleigh, North Carolina and stated she was 14 years old.

23. Hicks was read his Miranda rights in a recorded interview. Hicks provided an initial statement that he believed MV1 was 19 years old. He also referred to MV1 as his "baby mama" and repeatedly stated she was pregnant with his child. The interview was ended after Hicks requested an attorney.

24. Following the interview Hicks made several unprompted statements to law enforcement officers that he "brought" MV1 to Detroit.

25. Despite Hicks' statements that believed MV1 was 19 years old, based on the appearance of MV1, her statements on social media that she needed to be in class, his instruction to MV1 to "don't talk to nobody don't text nobody," and the

6

length of time Hicks and MV1 were together, there is probable cause that Hicks knew MV1's true age to be 14 years old.

## CONCLUSION

26. Based on the foregoing, there is probable cause to believe that Tyree Duprea Hicks violated 18 U.S.C. § 2422(b) (coercion and enticement).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. KIMBERLY ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: January 8, 2024

7